UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO E.H. HERNANDEZ, | ) | 1:08-cv-00945 AWI YNP (DLB) (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | [Doc. #17] |
| | ) | |
| | ) | ORDER DENYING RESPONDENT'S |
| M.S. EVENS, Warden, | ) | MOTION TO DISMISS |
| | ) | [Doc. #10] |
| Respondent. | ) | |
| | ) | ORDER DIRECTING RESPONDENT TO |
| | ) | FILE AN ANSWER WITHIN THIRTY (30) |
| | ) | DAYS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Findings and Recommendation on August 19, 2009, that recommended Respondent's motion to dismiss be DENIED. (Doc. #17). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On August 27, 2009, Respondent filed a statement of non-opposition to the Findings and Recommendation. (Doc. #18).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 19, 2009, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is DENIED;

3. Respondent' is DIRECTED to file an answer to the petition within thirty (30) days of service of this order.  Both parties shall refer to the screening order dated September 3, 2008 (Doc. #6) for instructions on how to proceed after an answer has been filed.

IT IS SO ORDERED.

**Dated:     September 11, 2009**                                  **/s/ Anthony W. Ishii**
                                                                  CHIEF UNITED STATES DISTRICT JUDGE